1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION RESORTS, INC.,<br><br>Defendant. | Case No.: 5:15-cv-01103-JGB-DTB<br><br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS** |

Order Re: Joint Stipulation To Dismiss                           Case No: 5:15-cv-01103-JGB-DTB

1    Having considered the joint stipulation to dismiss filed by plaintiff Barry

2 Gray ("Plaintiff") and defendant Wyndham Vacation Resorts, Inc. ("Defendant"),

3 the Court GRANTS the joint stipulation to dismiss and ORDERS as follows:

4        1)    The lawsuit is dismissed in its entirety and with prejudice;

5        2)    The parties are to bear their own fees and costs.

6

7    **IT IS SO ORDERED.**

8

9

10  Dated: May 2, 2016

                                    Hon. Jesus G. Bernal
11                                  United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Re: Joint Stipulation To Dismiss            1            Case No: 5:15-cv-01103-JGB-DTB